## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER LOVEALL,      )
                                        )

      Plaintiff,          )
                                          )

v.                               )      Case No. CIV-16-73-M
                                          )

CAROLYN W. COLVIN,       )
Acting Commissioner of Social Security )
Administration,                )
                                          )

      Defendant.       )

## <u>ORDER</u>

On September 20, 2016, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of the Social Security Administration ("Acting Commissioner"), denying plaintiff's application for disability insurance and supplemental security income benefits. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to file an objection to the Report and Recommendation on or before October 10, 2016. On October 4, 2016, plaintiff filed his objection, and on October 18, 2016, the Acting Commissioner filed her response to plaintiff's objection.

Having carefully reviewed this matter <u>de novo</u>, the Court:

    (1)     ADOPTS the Report and Recommendation [docket no. 18] issued by the Magistrate Judge on September 20, 2016, and

(2)      AFFIRMS the decision of the Acting Commissioner.

      **IT IS SO ORDERED this 27th day of February, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE